DANIEL E. SCOTT, J.
I would reverse the $3,145 awarded to Buyers for renting a washer and dryer by the week for some 17 months, and remand for further proceedings on that issue.[7] Cases cited by the principal opinion (and cases cited in those cases) do not persuade me that Sellers have waived their well-based complaint that this award was improperly calculated and excessive. I concur in the principal opinion in all other respects.

. See Cason v. King, 327 S.W.3d 543, 554 & n. 12 (Mo.App.2010); Boyd v. Lollar, 985 S.W.2d 403, 406 (Mo.App.1999). Thus, and purely as a procedural preference, I also would have the trial court make the other reductions indicated by, the principal opinion, as opposed to this court doing so under Rule 84.14.